UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL T. MANUEL, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 1:15CV27 SNLJ |
| PAULA PHILLIPS, et al., | ) ) ) | |
| Defendants, | ) | |

## MEMORANDUM AND ORDER

On May 20, 2015, the Court ordered plaintiff to show cause why defendant Unknown Warden should not be dismissed. Plaintiff has not responded to the Order.

Rule 41(b) of the Federal Rules of Civil Procedure permits the Court to dismiss a defendant if a plaintiff fails to follow a Court Order. As a result, defendant Unknown Warden is dismissed.

Accordingly,

**IT IS HEREBY ORDERED** that defendant Unknown Warden is **DISMISSED** from this action without prejudice.

Dated this 16th day of June, 2015.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE